UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
  RAINER F KEVELOH  
  LINDA J KEVELOH  
    Debtor(s)

Case No. 07-23341

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/12/2007.

2) The plan was confirmed on 03/13/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/25/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/18/2011.

5) The case was dismissed on 03/11/2011.

6) Number of months from filing to last payment: 31.

7) Number of months case was pending: 41.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $38,400.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $24,200.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$24,200.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,274.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,328.38 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,602.38** |

Attorney fees paid and disclosed by debtor:     $226.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABC CREDIT UNION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ALBERTSONS | Unsecured | 1,231.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE INC | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| ASM CENTER FOR SLEEP MED | Unsecured | 409.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CASEYS | Unsecured | 823.92 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN BANK USA | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| CHECK RECOVERY SYSTEMS | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 1,465.65 | 1,517.51 | 1,517.51 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 908.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 683.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| DELINQUENCY PREVENTION SERVIC | Unsecured | 42.80 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SVC | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SVC | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| DERMATOLOGY LIMITED | Unsecured | 30.80 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 29.00 | 139.88 | 139.88 | 0.00 | 0.00 |
| EMERGENCY HEALTHCARE PHYS | Unsecured | NA | 27.92 | 27.92 | 0.00 | 0.00 |
| EPIC GROUP | Unsecured | 131.80 | NA | NA | 0.00 | 0.00 |
| FIRST MIDWEST BANK | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| GC SERVICES | Unsecured | 409.00 | NA | NA | 0.00 | 0.00 |
| GOGGINS & LAVINTMAN | Unsecured | 823.92 | NA | NA | 0.00 | 0.00 |
| H&F LAW | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| H&F LAW | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| H&F LAW | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| H&F LAW | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| H&F LAW | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| H&F LAW | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Secured | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 515.58 |
| HEIGHTS FINANCE | Secured | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 515.58 |
| HEIGHTS FINANCE | Unsecured | NA | 4,573.35 | 4,573.35 | 0.00 | 0.00 |
| HEIGHTS FINANCE | Unsecured | NA | 2,780.24 | 2,780.24 | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 2,320.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 492.24 | 492.24 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,683.00 | 16,445.91 | 16,445.91 | 7,566.46 | 0.00 |
| LINEBARGER GOGGAN BLAIR ET AL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MAGES & PRICE | Unsecured | 1,615.00 | NA | NA | 0.00 | 0.00 |
| MATRIX ACCT | Unsecured | 821.00 | NA | NA | 0.00 | 0.00 |
| MERCURY FINANCE | Unsecured | 7,041.00 | NA | NA | 0.00 | 0.00 |
| MINOOKA SCHOOL DISTRICT | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| MORRIS HOSPITAL | Unsecured | 188.72 | NA | NA | 0.00 | 0.00 |
| MORRIS RADIOLOGY ASSOC | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 145.00 | 205.72 | 205.72 | 0.00 | 0.00 |
| OSCAR P CHAVEZ | Unsecured | 5,153.00 | 4,176.53 | 4,176.53 | 0.00 | 0.00 |
| OSI COLLECTION SERVICES | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| OXFORD COLLECTION SRVS | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| OXFORD COLLECTION SRVS | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| OXFORD COLLECTION SRVS | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 743.00 | 742.99 | 742.99 | 0.00 | 0.00 |
| PENTAGROUP FINANCIAL | Unsecured | 1,729.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 134.85 | NA | NA | 0.00 | 0.00 |
| THE CHICAGO DEPT OF REVENUE | Unsecured | 460.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| THE CHICAGO DEPT OF REVENUE | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| THREE RIVERS PUBLIC LIBRARY | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| TRAC A CHEC INC | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| TRAC A CHEC INC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| TRAC A CHEC INC | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| TRACKERS INC | Unsecured | 2,343.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| TRUSTGARD INSURANCE COMPANY | Unsecured | 147.77 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 58.00 | 633.60 | 633.60 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 11,964.36 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,000.00 | $11,000.00 | $1,031.16 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,000.00** | **$11,000.00** | **$1,031.16** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $16,445.91 | $7,566.46 | $0.00 |
| **TOTAL PRIORITY:** | **$16,445.91** | **$7,566.46** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$16,289.98** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,602.38 |
| Disbursements to Creditors | $19,597.62 |
| **TOTAL DISBURSEMENTS :** | **$24,200.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/20/2011          By: /s/ Glenn Stearns
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**